Case No.   SACV 20-0563-ODW (KS)                                      Date: May 14, 2021

Title   *Dawn Devore v. United States Department of Defense et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiffs, California residents proceeding *pro se*, commenced this civil rights action more than a year ago, on March 19, 2020.  (Dkt. No. 1.)  In the original Complaint, Plaintiffs alleged that the Obama Administration, "using NASA," coordinated with Russia, China, "and more" to implement a global nonconsensual remote medical research program pursuant to which "nanosensor devices" were implanted in the bodies of Plaintiff Devore and her children.  (*Id.*)

On May 18, 2020, the Court dismissed the Complaint with leave to amend and ordered Plaintiffs to file a First Amended Complaint.  (Dkt. No. 5.)  On June 22, 2020, Plaintiffs filed a First Amended Complaint (Dkt. No. 6), which the Court also dismissed with leave to amend (Dkt. No. 23).  On September 9, 2020, Plaintiffs filed a Second Amended Complaint (Dkt. No. 27) and a Motion to Supplement their Second Amended Complaint (Dkt. No. 28).  On October 27, 2020, the Court granted Plaintiffs one final opportunity to file an amended complaint correcting the defects identified by the Court, thereby effectively granting Plaintiffs' Motion to Supplement. (Dkt. No. 29.)  The Court ordered Plaintiffs to file their Third Amended Complaint no later than December 8, 2020.  (*Id.*)  On December 7, 2020, United States Magistrate Judge Patricia Donahue recused herself and the case was reassigned to United States Magistrate Judge Karen L. Stevenson.  (Dkt. No. 31.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 20-0563-ODW (KS)                                   Date: May 14, 2021

Title   *Dawn Devore v. United States Department of Defense et al*

On December 30, 2020, after more than three weeks had passed since Plaintiffs' deadline for filing a Third Amended Complaint ("TAC") and no TAC had been filed, the Court issued an Order to Show Cause re: Dismissal, requiring Plaintiffs to show cause no later than January 13, 2021 why the Court should not recommend dismissal for failure to prosecute based on Plaintiffs' failure to comply with the Court's prior orders. (Dkt. No. 33.) On February 5, 2021, after more than three weeks had passed without any communication from Plaintiffs, the Court issued a Report and Recommendation in which it recommended dismissal for failure to prosecute. (Dkt. No. 35.) Plaintiffs were ordered to file objections, if any, no later than February 26, 2021. (Dkt. No. 36.)

On February 8, 2021, Plaintiffs filed a Response to the Court's December 30, 2020 Order to Show Cause in which they asked the Court to continue the deadlines for filing a Third Amended Complaint. (Dkt. No. 36.) Out of an extraordinary abundance of caution and in the interests of justice, the Court granted Plaintiffs a one week extension of the deadline—through the close of business on March 5, 2021—to file either objections to the Court's Report and Recommendation or a Third Amended Complaint correcting the defects in pleading previously identified by the Court.

On March 8, 2021, three days after the March 5, 2021 deadline, Plaintiffs filed a Third Amended Complaint (the "TAC") (Dkt. No. 44) and, separately, a signature page (Dkt. No. 45). In the TAC, Plaintiffs continue to allege, *inter alia*, that Congress authorized the implantation of medical monitoring devices in U.S. citizens' bodies without their knowledge or consent, and Plaintiff Devore had three of these devices surgically removed from her body. (*Id.* at 9, ¶¶ 27-30.) In the interests of justice and out of an abundance of caution, the Court vacated the Report and Recommendation, dismissed the TAC for failure to state a claim, and gave Plaintiffs one <u>final</u> opportunity to file a viable complaint. (Dkt. No. 46.) The Court ordered Plaintiff to file a Fourth Amended Complaint correcting the defects identified by the Court no later than April 19, 2021 and warned that their failure to timely comply would result in a recommendation of dismissal. (*Id.*)

More than three weeks have now passed since Plaintiff's April 19, 2021 deadline and Plaintiffs have neither filed a Fourth Amended Complaint or otherwise communicated with the Court about their case. Pursuant to Rule 41(b) of the Federal Rules of Civil

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 20-0563-ODW (KS)                                    Date: May 14, 2021

Title   *Dawn Devore v. United States Department of Defense et al*

Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's April 5, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE, on or before May 21, 2021, why the Court should not dismiss this action** for failure to prosecute. To discharge this Order and proceed with this action, **Plaintiffs must file, on or before the May 21, 2021 deadline, a Fourth Amended Complaint** correcting the defects identified in the Court's April 5, 2021 Order.

The Court does not anticipate granting Plaintiffs any additional extensions given the numerous extensions already granted and Plaintiffs' repeated noncompliance with court orders and deadlines. Accordingly, **<u>Plaintiffs' failure to timely comply with this order will result in a recommendation of dismissal.</u>**

The Clerk is directed to send Plaintiff a copy of the Court's April 5, 2021 Order (Dkt. No. 46) and the Central District's standard civil rights complaint form.

If Plaintiffs do not wish to pursue this action, they may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

   **IT IS SO ORDERED.**

                                                                                      :
                                                            **Initials of Preparer**   gr