JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAWN DEVORE, et al, | ) | NO. SACV 20-0563-ODW (KS) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES DEPARTMET OF DEFENSE, et al, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing the Action, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 24, 2021

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1